UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO MEDEROS, <u>PRO SE</u>,<br>    Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE, in his capacity as inteim Feild Office Director for Detention and Removal, and; ROBERT MURPHY, in his capacity as Superintendent Massachusetts Treatment Center (Nemansket Corr., Facility),<br>    Defendants. | Immigration Court Removal Proceeding: (A23-216636)<br><br>CIVIL ACTION<br>NO:<br><br>PETITIONER'S MOTION FOR LEAVE TO REQUEST U.S. MARSHAL SERVICE |

NOW COMES the above Petitioner, and hereby files his self prepared Motion for Leave to Request that Service be made upon Defendant's via United States Marshal Service such service be advanced by the United States.

Respectfully submitted,

*/s/ Antonio Mederos*
Antonio Mederos
Mass Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230
PETITIONER, PRO SE

Dated, this, __2nd__, day of, December 2004, at Bridgewater, Massachusetts 02324-3230.