UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO MEDEROS, PRO SE, <br><br>　　　Petitioner, <br><br>vs. <br><br>BRUCE CHADBOURNE, in his capacity as Field Office Director of Detention for Removal of Detainees, <br><br>　　　Defendants, ET AL., | CIVIL ACTION <br> NO. 04-12598-GAO <br><br><br> **PETITIONER'S MOTION FOR THE APPOINTMENT OF COUNSEL** |

　　NOW COMES the above petitioner, Antonio Mederos, and hereby files his self prepared motion Requesting the Appointment of Counsel in the above-entitled matter.

　　As grounds for such motion, petitioner states that, (a) he is indigent, and can only pay the cost of the $5.00 filing fee, and (b) that he is not schooled in law and his action desperately needs the full attention of experienced counsel, and (c) that the issues around deportation and immigration are very complex, and it would be a waste of valuable resources for the court to force him to act on his own in such an important matter and, (d) he is an illegal alien which makes the action more complex. Finally, the appointment of counsel would be cost effective to both the United States and the Court itself.

　　**Wherefore,** petitioner prays that this Honorable Court will grant his motion for all stated herein.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Antonio Mederos*
　　　　　　　　　　　　　　　　Antonio Mederos,
　　　　　　　　　　　　　　　　Petitioner, Pro Se

Dated: January 11, 2005

```
                                    District Court
                                   assachusetts
                                   ness, Intake Clerk
                                   oakley, U.S. Courthouse
                                   Way - Suite 2300
                                   chusetts 02210


                                   os
                                    Treatment Center
                                   tion Road
                                   Massachusetts 02324-3230



                                   bourne & Others
                                   598-GAO




                 urt The Honorable George A. O'toole,
                 hat I either pay the filing fee of
                 ma pauperis motion with a six month
                 titutional account. Please find a
                  in the amount of $5.00 enclosed for
                 filing fee.

                 o kindly, I anxiously await your return
                 in:
```

Antonio Medeiros

AM/mm
Enclosure (1)
file
xc:

JAN 13 2005

# BRIDGEWATER COMPLEX CHARGE SLIP

CIRCLE ONE:  (MTC)  SECC   OCCC   MBC   BSH

DATE: 1/11/05

CHARGE $ __$5.00__ TO THE ACCOUNT OF

INMATE NAME __Antonio Mederos__

COMM # __M-82272__

PAYABLE TO: __U.S. District Court Department #04-12598-GAO__

FOR: __Filing Fee__

INMATES SIGNATURE: _[signature]_

APPROVED BY: _[signature]_

CK # _____ DATE PAID _____