```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

ANTONIO MEDEROS,              )
        Petitioner,            )
                               )
        v.                     )     C.A. No. 04-12598-GAO
                               )
BRUCE CHADBOURNE, et al.,      )
        Respondents.           )

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel.  Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the named respondents have filed responsive pleadings to the petition.

Dated at Boston, Massachusetts, this 21st day of January, 2005.

/s/ George A. O'Toole
GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE