UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTONIO MEDEROS, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 04-12598 GAO |
| ) | |
| v. ) | |
| ) | |
| BRUCE CHADBOURNE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the respondents Bruce Chadbourne, Interim Field Director for Detention and Removal, Boston Field Office, Bureau of Immigration and Customs Enforcement, Department of Homeland Security; Alberto Gonzales, Attorney General of the United States; and the Department of Homeland Security.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: February 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on February 15, 2005, upon Antonio Mederos, Massachusetts Treatment Center, Administration Road, Bridgewater, MA 02324,.

 /s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney