

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss
SUPERIOR COURT
DOCKET NO. 02-5688-A

# Commonwealth of Massachusetts

## V.

## Antonio Mederos

### JUDGEMENT AND ORDER OF COMMITMENT

The Commonwealth of Massachusetts filed a Petition for commitment of this respondent, Antonio Mederos, on December 19, 2002. Probable cause to believe that the respondent is a sexually dangerous person was found on January 10, 2003.

This matter came on for jury trial on October 7, 2003 and continued to October 15, 2003. The Honorable Janet Sanders, presiding. After review of the testimony and consideration of the exhibits introduced at trial, the Jury returned a finding that the respondent, Antonio Mederos, was a sexually dangerous person. Accordingly,

**IT IS ORDERED and ADJUDGED:**

That the respondent, Antonio Mederos, DOB: redacted, pursuant to Mass. G.L. Chapter 123A, Section 12 (d) is hereby committed to the Massachusetts Treatment Center at Bridgewater for an indeterminate period of a minimum of one day and a maximum of his natural life until discharged pursuant to the provision of section 9.

Dated at Boston, Massachusetts this 16th day of October, 2003.