UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: ANTONIO MEDEROS   )   CIVIL ACTION
      Petitioner,   )   NO. 04-12598 GAO
           )
           )
           )   MOTION REQUESTING LEAVE FOR AN
           )   ENLARGMENT OF TIME TO FILE
               RESPONSIVE ANSWER TO DEFENDANTS'
               MOTION TO DISMISS

NOW COMES, the above Petitioner, Antonion Mederos, and hereby files his self-prepared motion for Enlargment of Time in the above-captioned matter. As ground(s) for such motion, Petitioner states as follows: (i) that he is not schooled in law, nor does he hold degree in legal matters, and (ii) that he is a Cuban Nationalist and has difficult time both reading and understanding the english language, and (iii) that Petitioner will file late motion for the appointment of counsel to help him with his action.[1]

Petitioner respectfully requests enlargment of time up to, and including June 01,2005. Such request will nat cause prejudice to Respondents in any way.

---

[1] That Petitioner Antonio Mederos did not draft the habeas petition now pending before the court. Petitioner requested the aid of another prisoner to help him, however, since the filing of the petition, and reading the answer filed by the United States Attorney, the Petitioner now understands that his petition is clearly difficient, and because he has received an answer, he cannot withdraw without prejudice, therefore, he respectfully requests that this Honorable Court and Honorable united States Distict Judge allow his motion for enlargment of time in order that justice be best served.

## CONCLUSION

For the reasons stated herein, Petitioner's motion for enlargment of time should be allowed in the best interests of justice.

Respectfully submitted,

Antonio Mederos,
Mass. Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230
PETITIONER, PRO SE,

Dated: 3-21- ,2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served upon Counsel of Respondents to his address: Mark T. Quinlivan Assistant U.S. Attorney, United States Attorney's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way - Suite 9200, Boston, Massachusetts 02210.

Antonio Mederos