UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDEROS
                Petitioner

v.                                CIVIL ACTION NO.  04-12598-GAO

CHADBOURNE
                Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's order, dated 8/4/05, there being no opposition to the respondents' motion to dismiss ( #10), and it appearing from the record that the petitioner is not in custody in violation of the Constitution or laws of the United States, it is hereby ORDERED that the respondent's motion is GRANTED and the petition for a writ a habeas corpus pursuant to 28 USC section 2241 is DENIED.

SARAH A. THORNTON,
CLERK OF COURT

Dated:  8/4/05                              By    PAUL S. LYNESS
                                                               Deputy Clerk