UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: ANTONIO MEDEROS,   )   CIVIL ACTION
         Petitioner.     )   NO: 04-12598GAO
                         )
                         )   **PETITIONER'S MOTION REQUESTING**
                         )   **LEAVE TO FILE RECONSIDERATION**

NOW COMES the above petitioner, ANTONIO MEDEROS, and hereby files his self prepared motion requesting the Court's leave to file for reconsideration of the Court's judgment on August 04,2005. As ground(s) for such motion, petitioner states:

1. That on March 21,2005, petitioner filed motion for leave for an enlargment of time to answer opposition of the United States Attorney's motion to dismiss for failure to state a claim on which relief could have been granted, and;

2. That if the Court was inclined to agree with the United States Attorney, that the claim filed by petitioner had many difficientcies, the proper remedy by the Court would not to have dismissed without first giving the petitioner an opportunity to correct any and all difficientcies, and;

3. That petitioner's motion was not heard for request for leave for enlargment of time in order to respond to respondent's motion to dismiss. The petitioner has waited since March 21,2005 for the Court to make a ruling on his motion, and because the Court committed error in not informing him of the status of the motion if, in fact, the motion was denied or granted, in any event an error was committed and petitioner should not be burdened with something he had no control over, however, because of the error, he should be given an opportunity to file his opposition, if the Court denies his motion for reconsideration the petitioner will suffer a further burden and the Court itself will be actually creating a a miscarriage of justice in its flat denial of of due process. SEE Petitioner's Exhibit A

-2-

## CONCLUSION

For all the foregoing reasons, petitioner's motion requesting leave to file for reconsideration in the above matter should be granted in order for the ends of justice to be best served.

Respectfully submitted by,

*/s/ Antonio Mederos*
Antonio Mederos,
Mass Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230
PETITIONER, PRO SE

### CERTIFICATE OF SERVICE

I, hereby declare under the pains and penalties of perjury that I have this below date served true copy of the foregoing motion upon the office of the United States Attorney by mailing same first class mail.

Dated: 8-18-, 2005

*/s/ Antonio Mederos*
Antonio Mederos

FROM: Antonion Mederos
      Mass. Treatment Center
      30 Administration Road
      Bridgewater, MA. 02324-3230

EXHIBIT A

TO: Clerk of Court, Pro Se
    United States District Court
    District of Massachusetts
    John Joseph Moakley, U.S. Courthouse
    1 Courthouse Way - Suite 2300
    Boston, Massachusetts 02210

    RE: **Mederos v Chadbourne, et al.**
        U.S.D.C. No. 04-12598 GAO

Dear Ms. Jenness:

Enclosed for filing, please find motion requesting Leave for Enlargment of Time in the above-captioned matter. Also please find certificate of service.

Would you be so kind as to bring this motion to the courts attention at your earliest possible convience, it would be greatly appreciated.

Thanking you ever so kindly, I anxiously await your return reply, I remain:

Sincerely,

Antonio Mederos,
Petitioner,

AM/mm
Enclosures (1)
file
xc: Office of U.S. Attorney for Respondents
    Michael F. Lyons, Esquire
    Interested Party (1)

Dated: 3-21- ,2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ANTONIO MEDEROS )<br>Petitioner, )<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-12598 GAO<br><br>MOTION REQUESTING LEAVE FOR AN<br>ENLARGMENT OF TIME TO FILE<br>RESPONSIVE ANSWER TO DEFENDANTS'<br>MOTION TO DISMISS |

   NOW COMES, the above Petitioner, Antonion Mederos, and hereby files his self-prepared motion for Enlargment of Time in the above-captioned matter. As ground(s) for such motion, Petitioner states as follows: (i) that he is not schooled in law, nor does he hold degree in legal matters, and (ii) that he is a Cuban Nationalist and has difficult time both reading and understanding the english language, and (iii) that Petitioner will file late motion for the appointment of counsel to help him with his action.[1]

   Petitioner respectfully requests enlargment of time up to, and including June 01,2005. Such request will nat cause prejudice to Respondents in any way.

---

[1]   That Petitioner Antonio Mederos did not draft the habeas petition now pending before the court. Petitioner requested the aid of another prisoner to help him, however, since the filing of the petition, and reading the answer filed by the United States Attorney, the Petitioner now understands that his petition is clearly difficient, and because he has received an answer, he cannot withdraw without prejudice, therefore, he respectfully requests that this Honorable Court and Honorable united States Distict Judge allow his motion for enlargment of time in order that justice be best served.

## CONCLUSION

For the reasons stated herein, Petitioner's motion for enlargment of time should be allowed in the best interests of justice.

Respectfully submitted,

*/s/ Antonio Mederos*
Antonio Mederos,
Mass. Treatment Center
30 Administration Road
Bridgewater, MA. 02324-3230
PETITIONER, PRO SE,

Dated: 3-21- ,2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served upon Counsel of Respondents to his address: Mark T. Quinlivan Assistant U.S. Attorney, United States Attorney's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way - Suite 9200, Boston, Massachusetts 02210.

*/s/ Antonio Mederos*
Antonio Mederos

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MEDEROS
         Petitioner

v.                                          CIVIL ACTION NO. 04-12598-GAO

CHADBOURNE
         Respondent

### JUDGMENT IN A CIVIL CASE

O'TOOLE       , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's order, dated 8/4/05, there being no opposition to the respondents' motion to dismiss (#10), and it appearing from the record that the petitioner is not in custody in violation of the Constitution or laws of the United States, it is hereby ORDERED that the respondent's motion is GRANTED and the petition for a writ a habeas corpus pursuant to 28 USC section 2241 is DENIED.

*See Second Page.*
*Thank you.*

                                    SARAH A. THORNTON,
                                    CLERK OF COURT

Dated: 8/4/05                       By   PAUL S. LYNESS
                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)                                              13

8-18-2005

Inmate ID. M.82272

Antonio Mederos A: 23-216-636
Nemasket Treament Center M.C.I.
30 Administration rd
Bridgewater, Mass 02324-3230

Note. To clerefiel this big Mistake.

Yes I'm in custody of the D.O.C. Prision Inmate never discharge me on I.C.E.. And violation of Constitution of Law & Federal Law, As Hostage in Kidnapping as Politic Peisioner For other Country by the Congress of Massachussetts, in Abuse of Discrition of The Attorney General of Mass, Convict twice For the Same Crime As Civil an not by American Citizen of U.S.

I'm Recuest. The Federal Court to have a Federal Officer to came to the treament Center Bridgewater, Mas io investigate this violation Federal Law, Way the State Hostage illegal Alien in Peision AFTER Comply the Sentences in Make Money West then.

They have 4 illegal Alien Hostage by the State of Mas to civily Commette to one day to Natural life in Peision in never by in the Coatady of INS For Deportation

3 the by Commette For Natural life. (2 cuban Noriel (1 Dominican Citizen) in (one From Iceland Pending on Probable Cause. / Antonio Mederos, Alberto Tropaga, Gilberto Sanc in Peter P. Heanue.  Thank you For your Attention to this Matter
Sincerely. Antonio Mederos. M82272

```
FROM: Antonio Mederos
      Mass Treatment Center
      30 Administration Road
      Bridgewater, MA. 02324-3230

  TO: Ms. Susan Jenness, Clerk
      United States District Court
      District of Massachusetts
      John Joseph Moakely US Courthouse
      1 Courthouse Way, Suite 2300
      Boston, Massachusetts 02210
```

August 18, 2005

RE: MOTION REQUESTING LEAVE TO FILE RECONSIDERATION
    U.S.D.C. Civil Action No. 04-12598GAO

Dear Ms. Jenness:

Enclosed, please find motion for reconsideration of the court's judgment to dismiss on 08/04/05. Also, please find one exhibit marked as exhibit A, along with a certificate of service.

The reason for the reconsideration motion is, that on March 21, 2005, petitioner filed motion with certificate of service requesting leave for enlargment of time, to date the court never made a ruling on the motion, leaving petitioner in bewilderment as to when, or if, the motion was granted, in any event, petitioner should have the right to file an opposition, and if the court was to be inclined to agree with respondent that the petition was difficient on its face, he should have been every opportunity to correct the difficientcies before the court just dismissed the complaint.

Thanking you ever so kindly, I anxiously await your return with instructions, I remain:

Sincerely,

Antonio Mederos
Petitioner, Pro Se

AM/mm
Enclosures
file
xc: Office Of The United States Attorney
    Michael F. Lyons, Esq.
    Civil Liberties Union Foundation
    Mass Corr Legal Services