TO: Ms. Susan Jenness, Pro Se Intake Clerk
    United States District Court
    for District of Massachusetts
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 2300
    Boston, Massachusetts. 02210

FROM: Antonio Mederos
      30 Administration Road
      Bridgewater, Massachusetts. 02324-3230

FILED
IN CLERKS OFFICE

2007 APR 16  P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Appointment of Counsel, Deportation Matter,
    A23-216-636 (Shapiro Justice) (07/25/01)

Dear Ms. Jenness;

In regards to the above deportation matter. I have continued to try to have the Immigration Court enforce the order given by United States District Immigration Judge Shapiro on July 25,01 to have myself deported back to Cuba.

The Justice in his order stated clearly that the State could not override his order of deportation, however, to date, I have not been able to have the (ICE) take me into federal custody to await deportation.

I am desperately in need of legal assistance. I make formal request that the United States District Court intervene, and appoint counsel to aid me in my plight to be deported back to either Cuba or another Country whom will allow me to enter under deportation. Without counsel I sit hopelessly in a prison cell awaiting for the United States Government to get tired of housing me and taking care of medical treatment, when in fact, I no longer belong in the custody of the state, as the is perfectly clear.

I await your reply as to, if, in fact, the U.S. District Court might appoint counsel to ensure that the order of deportation is carried out swiftly.

Thanking you kindly, I remain:

Sincerely,
Antonio Mederos
4-12-07

AM/mm
Enclosure
file
xc:

04-CV-
12598-
GAO